# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-713
_____

JAMES LEVOY WATERS,

    Appellant,

    v.

PAM CHILDERS, Clerk and
Comptroller, Escambia County,
Florida,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

August 28, 2018


PER CURIAM.

    AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


James Waters, pro se, Appellant.

Susan A. Woolf, Pensacola, for Appellee.